**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed April 14, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00803-CR

## ALEXIS JUNE STAPLETON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause No. 27034A**

## MEMORANDUM OPINION

Appellant Alexis June Stapleton has signed and filed a written motion to withdraw his/her notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer

Do Not Publish – Tex. R. App. P. 47.2(b)